[No. 25321-6-II. Division Two. March 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE J. THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00183-9, Leonard W. Kruse and Jay B. Roof, JJ., entered November 5, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 25555-3-II. Division Two. March 30, 2001.]

MARK S. DEMING, ET AL., *Appellants*, v. ESTATE OF ALBERTA DEMING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-08430-3, William J. Kamps, J., entered December 21, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25653-3-II. Division Two. March 30, 2001.]

MARY ELIZABETH HAGGERTY, ET AL., *Appellants*, v. ROBERT BETHEL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-02042-3, Leonard W. Kruse, J., entered February 28, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 43543-4-I. Division One. April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ANTHONY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01250-6, Thomas J. Wynne, J., entered October 14, 1998. *Reversed* by unpublished per curiam opinion.